CSD 1228B [03/30/09]

Order Entered on April 7, 2020 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Matthew Davey

Debtor.

BANKRUPTCY NO. 20-00759-LA-7

Date of Hearing: 4/2/20

Time of Hearing: 2:00 p.m.

Name of Judge: Louise DeCarl Adler

# ORDER DENYING REAFFIRMATION AGREEMENT

The court denies the debtor's motion to reaffirm a debt with Freedomroad Financial and disapproves the voluntary agreement under the terms specified in the agreement. Reaffirmation Docket Entry No. 10

//

The Court finds that the debtor timely complied with the requirements of § 524(c), 521(a)(2), and 362(h).  Therefore, the automatic stay remains in effect, and if the debtor continues to make timely payments on the debt after receiving discharge, the debtor can retain the vehicle. See In re Moustafi, 371 B.R. 434 (Bankr. C.D. Az. 2007) and Coastal Federal Credit Union v. Hardiman, 398 B.R. 161 (W.D. N. Car. 2008).

//

//

//

//

DATED: April 7, 2020

_____
Judge, United States Bankruptcy Court

CSD 1228